IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD RAFEAL McCISKILL,
    Plaintiff,

vs.                                Case No. 3:09cv378/WS/EMT

WENDELL WHITEHURST, et al.,
    Defendants.
_____/

**O R D E R**

    This cause is before the court on Plaintiff's Notice of Inquiry (Doc. 11).

    To the extent Plaintiff indicates in his Notice that, pursuant to the court's order granting his motion for leave to amend (Doc. 9), he understood the clerk would send him a copy of his complaint (Doc. 1), his understanding is incorrect. The court did not direct the clerk to send Plaintiff a copy of the complaint nor will it, until he first submits payment in the amount of $.50 per page, prepaid.[1] As Plaintiff's complaint is thirteen (13) pages in length, he must submit payment of $6.50 if he wishes the court to provide him a copy of the complaint. Therefore, within twenty (20) days of the date of docketing of this order, Plaintiff shall either submit this amount or file the amended complaint.

    Accordingly, it is **ORDERED**:

    1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall submit payment of $6.50 to the clerk of court as prepayment for a photocopy of the complaint (Doc. 1). Alternatively, within the same period, Plaintiff shall file his amended complaint.

    2.    For Plaintiff's convenience, the clerk shall provide Plaintiff with the blank complaint

---

[1] Plaintiff's in forma pauperis status, which permitted him to proceed without prepayment in full of the filing fee, does not excuse him from the requirement of prepaying for photocopies.

form to be used by prisoners filing actions pursuant to 42 U.S.C. § 1983.

3. Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 9th day of July 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**