IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD RAFAEL McCISKILL,

       Plaintiff,

v.                                                                                    3:09cv378-WS

WENDEL WHITEHURST, and
WALTER McNEIL,

       Defendants.

_____

## ORDER ADOPTING, IN PART, THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 17) docketed March 17, 2011.  The magistrate judge recommends that the plaintiff's amended complaint be dismissed for failure to state a claim.  The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Among other things, the magistrate judge recommends dismissal of the defendant, former Secretary Walter A. McNeil, because the plaintiff's amended complaint fails to allege that McNeil himself participated in the alleged deprivation of the plaintiff's constitutional rights.  Because section 1983 does not permit recovery under a theory of respondeat superior or vicarious liability, McNeil is indeed entitled to dismissal from the plaintiff's action for failure to state a claim.

The magistrate judge also recommends dismissal of the action in its entirety

because the plaintiff fails to allege that he suffered a physical injury in violation of 42

U.S.C. § 1997e(e) (providing that "[n]o Federal civil action may be brought by a prisoner

confined in a jail, prison, or other correctional facility, for mental or emotional injury

suffered while in custody without a prior showing of physical injury").  While

acknowledging that section 1997e(e) does not bar suits by prisoners who have not

alleged a physical injury *if they seek nominal damages*, the magistrate judge states that

"Plaintiff's complaint cannot be liberally construed as requesting nominal damages,

because he specifically requests only compensatory and punitive damages."  In his

amended complaint, however, the plaintiff states that he seeks "$85,000 for the atypical

and significant hardship on Plaintiff . . . and any other relief [to which] Plaintiff is

entitled."  Because the plaintiff's request for "any other relief" *may* be liberally construed

as requesting nominal damages, the case shall be returned to the magistrate judge for

further proceedings.

        Accordingly, it is ORDERED:

        1.  The magistrate judge's report and recommendation is ADOPTED to the extent

it addresses the respondeat superior claim against the defendant, Walter A. McNeil.

        2.  Walter A. McNeil is DISMISSED from this action.

        3.  The case is otherwise REMANDED to the magistrate judge for further

proceedings.

        DONE AND ORDERED this ___18th___ day of ____April____, 2011.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE