IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD RAFAEL McCISKILL,

    Plaintiff,

v.                                                                 3:09cv378-WS

WENDEL WHITEHURST,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 33) docketed August 30, 2011. The magistrate judge recommends that this case be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 35) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 33) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's third amended complaint (doc. 30) and this action are DISMISSED for failure to state a claim.

3. The clerk shall enter judgment stating: "All claims are DISMISSED with

prejudice."

DONE AND ORDERED this <u>   28th   </u> day of <u>   September   </u>, 2011.


<div style="margin-left: 3em;">
<u>s/ William Stafford                            </u>  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE
</div>